JS-6

# United States District Court
# Central District of California

BEATDEMONS LLC.,

       Plaintiff,

       v.

TENTHOUSAND PROJECTS, LLC., et al.,

       Defendants.

Case No. 2:21-cv-02112-VAP-GJSx

**ORDER OF DISMISSAL**

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated:  March 30, 2022

                                  VIRGINIA A. PHILLIPS
                                  United States District Judge