JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| BEATDEMONS LLC., <br><br> Plaintiff, <br><br> v. <br><br> TENTHOUSAND PROJECTS, LLC., et al., <br><br> Defendants. | Case No. 2:21-cv-02112-VAP-GJSx <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: March 30, 2022

_____
VIRGINIA A. PHILLIPS
United States District Judge